# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

RUTH A. MASTERS,

              Plaintiff,

    v.

UNITED STATES OF AMERICA,

              Defendant.

Case No. 3:20-cv-00150-SLG

## ORDER STAYING ACTION

In light of the Public Notice of Transfer to Disability Inactive Status of the attorney of record in this case, Benjamin Crittenden, effective December 19, 2023, and consistent with Alaska Bar Rule 31(b)(6), this matter is STAYED for a period of 60 days from that date or until substitute counsel has entered an appearance, whichever occurs first.

DATED this 22nd day of December, 2023, at Anchorage, Alaska.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE